Robert M. Moss (Bar No. 051198)
a member of the firm of
LAW OFFICES OF ROBERT M. MOSS, INC.
1717 Fourth Street, Third Floor
Santa Monica, CA 90401
Telephone: (310) 260-7650
Facsimile: (310) 260-7654
Email: rmmosslaw@hotmail.com
   Attorney for Defendant, Johnnie Rogers

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Stella Croxon, ) | Case No: C-03-01144 JW |
| ) | |
| Plaintiff, ) | NOTICE OF SETTLEMENT (AMENDED) [NOTICE OF ERRATA] |
| v. ) | |
| ) | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Enterprise America, Inc., et al ) | |
| Defendants. ) | |

TO THIS HONORABLE COURT:

Notice is hereby given that the parties Plaintiff Stella Croxon and Defendant Johnnie Rogers have reached a settlement as follows: Plaintiff will dismiss the Complaint with prejudice as against Rogers for a waiver of costs and malicious prosecution and will further file and record an expungement of the **JUDGMENT LIEN AGAINST REAL PROPERTY (previously erroneously referred to as a lis pendens)** and request a court order for same and for a dismissal of the complaint as against Rogers.

The Plaintiff requires 45 days to prepare the necessary and appropriate documentation to effectuate this settlement. The parties are further requesting that the Case Management Conference presently scheduled for June 15, 2009 be vacated in favor of rescheduling a status conference within the next 60 days.

Dated: June 11, 2009

Respectfully submitted,
Law Offices of Robert M. Moss, Inc.

_____
Robert M. Moss
Attorney for Defendant,

**\*\*\* ORDER \*\*\***

On June 11, 2009, the parties notified the Court that the above-entitled matter has reached a settlement. (See Docket Item Nos. 50, 52.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **August 17, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **August 31, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **August 17, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 11, 2009

_____
JAMES WARE
United States District Judge