**IT IS SO ORDERED**
*Judge James Ware*
7/31/2009

1  Law Offices of Barak Isaacs
   Barak Isaacs SB#196916
2  18757 Burbank Boulevard Suite 215
   Tarzana, California 91356
3  Telephone: (818) 344-4175 Facsimile: (818) 344-1546
   Email: barakisaacs@hotmail.com
4
5  Attorneys for Plaintiff,
   Stella Croxon

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| STELLA CROXON, | ) Case No.: C-03-01144 JW |
|---|---|
| Plaintiff, | ) Courtroom: Honorable James Ware |
| vs. | ) Courtroom 8, 4th Floor |
| ENTERPRISE AMERICA, INC. et al | ) REQUEST FOR DISMISSAL WITH |
| Defendants | ) PREJUDICE AS TO DEFENDANT JOHNNIE ROGERS |

TO THE COURT AND ALL PARTIES:

Plaintiff Stella Croxon hereby dismisses Defendant Johnnie Rogers from the above captioned action with prejudice.

Respectfully submitted,

Dated: July 30, 2009

Law Offices of Barak Isaacs

By: Barak Isaacs

Attorneys for Plaintiff,
Stella Croxon

REQUEST FOR DISMISSAL - 1

# VERIFICATION

STATE OF CALIFORNIA, COUNTY OF

I have read the foregoing

and know its contents.

☐ CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner ☐ a                  of
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.
☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.
Executed on                                          , at                                      , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____          _____
TYPE OR PRINT NAME                                      SIGNATURE

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF   Los Angeles
I am employed in the county of                                      , State of California.
I am over the age of 18 and not a party to the within action; my business address is:
REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT JOHNNIE ROGERS

On  July 30, 2009                                                  , I served the foregoing document described as

on Defendant's counsel                     in this action
☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☐ by placing  ☐ the original  ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:
Robert M. Moss, Esq
1717 4th Street, 3rd Fl.
Santa Monica, CA 90401
☒ BY MAIL
  ☒ "I deposited such envelope in the mail at  Tarzana                                          , California.
  The envelope was mailed with postage thereon fully prepaid.
  ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at
  Tarzana                California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on  7-30-2009                           at  Tarzana                                    , California.
☐ **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on                                          at                                      , California.
☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Barak Isaacs                                              [signature]
TYPE OR PRINT NAME                                      SIGNATURE
*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Martin Dean's Essential Forms TM                VERIFICATION

Y.S.C. Enterprises